1
2
3
4
5
6
7
UNITED STATES DISTRICT COURT
8
WESTERN DISTRICT OF WASHINGTON
AT TACOMA
9

10    CHARLES DENNIS HAWKINS,

                                                    CASE NO. 3:17-cv-06007-BHS-DWC
11                      Petitioner,

                                                    ORDER
12          v.

13    RON HAYNES,

14                      Respondent.

15

16          This is a federal habeas action filed under 28 U.S.C. § 2254. Petitioner is currently

17    incarcerated at the Stafford Creek Corrections Center. In the Court's previous Order Substituting

18    Respondent and for Service (Dkt. 6), the Court instructed the Clerk to substitute Respondent Ron

19    Haynes with Margaret Gilbert. The Court was under the false impression that Margaret Gilbert

20    was the superintendent of the Stafford Creek Corrections Center. The Court has since been

21    informed that Ron Haynes is, in fact, the superintendent at the Stafford Creek Corrections Center

22    and was therefore the appropriate Respondent in this action.

23

24

1    Therefore, the Clerk is directed to re-substitute Margaret Gilbert with Ron Haynes as the

2    Respondent in this action.

3    Dated this 27th day of December, 2017.

4

5    _____
     David W. Christel

6    United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24