UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES DENNIS HAWKINS,

           Petitioner,

  v.

RON HAYNES,

           Respondent.

CASE NO. 3:17-cv-06007-BHS-DWC

REPORT AND RECOMMENDATION

Noting Date: January 26, 2018

      This is a federal habeas action filed under 18 U.S.C. § 2254. Before the Court is Petitioner's Motion for Leave to Proceed *In Forma Pauperis* for the Purpose of Seeking Possible Appointment of Counsel ("Motion"). Dkt. 5. As part of his Motion, petitioner included two "Notes to the Court" in which he asks the Court to allow him to proceed *in forma pauperis* in case he later seeks court-appointed counsel. The Motion he has filed is on the form used to waive the filing fee when proceeding in a federal habeas action. However, Petitioner has already paid the $5.00 filing fee for his Petition, thereby negating his need to proceed *in forma pauperis*. Further, Petitioner need not proceed *in forma pauperis* to prove his indigence for purposes of appointed counsel. Rather, if the interests of justice so require and the Court is "satisfied after

1 appropriate inquiry that the person is financially unable to obtain counsel," the Court will
2 appoint counsel. 18 U.S.C. § 3006A(b). Because of this, his Motion, though containing evidence
3 that would be pertinent if he moved for appointed counsel, is inappropriate here. Therefore, the
4 Court recommends it be denied without prejudice. Petitioner may instead file a Motion to
5 Appoint Counsel and provide the Court with information showing his continued indigence at a
6 later date.

7       For the above reasons, the Court recommends Petitioner's Motion (Dkt. 5) be denied
8 without prejudice.

9       Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
10 fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.
11 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo*
12 review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit
13 imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on
14 January 26, 2018 noted in the caption.

16       Dated this 8th day of January, 2018.

David W. Christel
United States Magistrate Judge