UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES DENNIS HAWKINS,

                Petitioner,

   v.

RON HAYNES,

                Respondent.

CASE NO. C17-6007 BHS-DWC

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 10. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    Petitioner's Motion for Leave to Proceed *In Forma Pauperis* for the Purpose of Seeking Possible Appointment of Counsel (Dkt. 5) is **DENIED**.

Dated this 30th day of January, 2018.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER